ERNEST D. ANDERSON, Respondent, *v.* RICHARD WEBER, Appellant, Impleaded with Another.

*Anderson* v. *Weber*, 162 App. Div. 725, appeal dismissed.
(Argued April 16, 1917; decided April 24, 1917.)

MOTION to dismiss an appeal from a judgment entered June 12, 1914, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and dismissing the complaint, and directed judgment upon the verdict in an action on contract.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the verdict was supported by the evidence; that no question of law was involved, and that appellant had failed to file his brief.

*Moses Ely* for motion.

*Edgar T. Brackett* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.